# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: SWICK, WILLIAM KELLY | § | Case No. 15-82149 |
| SWICK, REBECCA LYNN | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JOSEPH D. OLSEN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/04/2016 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

    Dated :  03/09/2016        By:  /s/JOSEPH D. OLSEN
                                                             Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| In re: SWICK, WILLIAM KELLY | § | Case No. 15-82149 |
| SWICK, REBECCA LYNN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 40.00 |
| *leaving a balance on hand of* [1] | $ 4,960.00 |
| **Balance on hand:** | $ 4,960.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,960.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,250.00 | 0.00 | 1,250.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 62.79 | 0.00 | 62.79 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 921.25 | 0.00 | 921.25 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,234.04 |
| Remaining balance: | $ 2,725.96 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,725.96

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $495.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Department of the Treasury | 495.30 | 0.00 | 495.30 |

Total to be paid for priority claims: $ 495.30
Remaining balance: $ 2,230.66

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,802.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 46.93 | 0.00 | 2.46 |
| 2 | Quantum3 Group LLC as agent for | 148.71 | 0.00 | 7.76 |
| 3 | Quantum3 Group LLC as agent for | 2,199.04 | 0.00 | 114.61 |
| 4 | Quantum3 Group LLC as agent for | 213.01 | 0.00 | 11.10 |
| 5U | Department of the Treasury | 12.29 | 0.00 | 0.64 |
| 6 | COMENITY CAPITAL BANK/PAYPAL CREDIT | 5,378.84 | 0.00 | 280.31 |
| 7 | COMENITY CAPITAL BANK/PAYPAL CREDIT | 424.67 | 0.00 | 22.13 |
| 8 | Capital One, N.A. | 39.60 | 0.00 | 2.06 |
| 9 | Citibank, N.A. | 8,979.18 | 0.00 | 467.94 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Citibank, N.A. | 5,066.14 | 0.00 | 264.02 |
| 11 | WORLD'S FOREMOST BANK | 4,290.65 | 0.00 | 223.60 |
| 12 | Capital Recovery V, LLC | 389.03 | 0.00 | 20.27 |
| 13 | Capital Recovery V, LLC | 936.41 | 0.00 | 48.80 |
| 14 | PYOD, LLC its successors and assigns as assignee | 1,648.79 | 0.00 | 85.93 |
| 15 | Citibank, N.A. | 1,495.37 | 0.00 | 77.93 |
| 16 | Portfolio Recovery Associates, LLC | 11,534.33 | 0.00 | 601.10 |

Total to be paid for timely general unsecured claims: $ 2,230.66
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
William Kelly Swick
Rebecca Lynn Swick
      Debtors

Case No. 15-82149-TML
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 2          Date Rcvd: Mar 11, 2016
                      Form ID: pdf006          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2016.

```
db/jdb         +William Kelly Swick,    Rebecca Lynn Swick,    1208 Otter Creek Drive,    Durand, IL 61024-9794
aty            +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,
                 Rockford, IL 61104-2228
23631274       +BBY/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
23631273       +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
23912834        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23631275       +Chase Bank USA,    Attn: Bankruptcy Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
24037006       +Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
23631276        Citicards CBNA,    Attn: Bankruptcy Dept.,    PO Box 6241,    Sioux Falls, SD 57117-6241
23631277       +Comenity Bank/Bergners,    Attn: Bankruptcy Dept.,    PO Box 182789,    Columbus, OH 43218-2789
23631278       +Comenity Bank/Lane Bryant,    Attn: Bankruptcy Dept.,    PO Box 182789,    Columbus, OH 43218-2789
23631279       +Comenity Bank/Maurices,    Attn: Bankruptcy Dept.,    PO Box 182789,    Columbus, OH 43218-2789
23631280       +Comenity Bank/Pottery Barn,    Attn: Bankruptcy Dept.,    PO Box 182789,
                 Columbus, OH 43218-2789
23631281       +Convergent Healthcare Recoveries,    124 SW Adams Street, Suite 215,    Peoria, IL 61602-2321
23631282        Encore Receivable Management,    400 N Rogers Rd,    PO Box 3330,    Olathe, KS 66063-3330
23631283       +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
23631284       +Experian,    PO Box 4500,    Allen, TX 75013-1311
23631285       +Federal Loan Servicing Credit,    Attn: Bankruptcy Dept.,    PO Box 60610,
                 Harrisburg, PA 17106-0610
23631288       +MACYS,    Attn: Bankruptcy Dept.,    PO Box 8218,    Mason, OH 45040-8218
23631289       +Miramed Medical Group,    991 Oak Creek Dr,    Lombard, IL 60148-6408
23631290      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,      350 Highland Drive,    Lewisville, TX 75067)
23631291       +Nissan Motor Acceptance Corp.,    PO Box 660366,    Dallas, TX 75266-0366
23631293       +Pay Pal Credit/Bill Me Later,    PO Box 5138,    Lutherville Timonium, MD 21094-5138
23631294        Sears/CBNA,    Attn: Bankruptcy Dept.,    PO Box 6282,    Sioux Falls, SD 57117-6282
23631298       +TransUnion,    555 West Adams Street,    Chicago, IL 60661-3631
23631299      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank RMS CC,      Attn: Bankruptcy Dept.,    205 W 4th St.,
                 Cincinnati, OH 45202)
24042042        WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
23631300       +Worlds Foremost Bank,    4800 NW 1st Street, Suite 300,    Lincoln, NE 68521-4463
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
23631272        E-mail/Text: ally@ebn.phinsolutions.com Mar 12 2016 01:42:05      Ally Financial,
                 Attn: Bankruptcy Dept.,    PO Box 380901,    Minneapolis, MN 55438-0901
23909578       +E-mail/Text: bncmail@w-legal.com Mar 12 2016 01:43:42      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
24062667        E-mail/PDF: rmscedi@recoverycorp.com Mar 12 2016 07:05:05      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
23961716        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2016 01:39:51      Citibank, N.A.,
                 c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK 73124-8840
23631286        E-mail/Text: cio.bncmail@irs.gov Mar 12 2016 01:42:27      Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
23631287       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 12 2016 01:42:18      Kohls,
                 Attn: Bankruptcy Dept.,    PO Box 3115,    Milwaukee, WI 53201-3115
23631292       +E-mail/Text: bnc@nordstrom.com Mar 12 2016 01:42:22      Nordstrom FSB,    PO Box 6565,
                 Englewood, CO 80155-6565
24114638        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2016 01:39:30
                 Portfolio Recovery Associates, LLC,    Successor to US Bank,    POB 41067,    Norfolk, VA 23541
24082303       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2016 01:39:45
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
23838649        E-mail/Text: bnc-quantum@quantum3group.com Mar 12 2016 01:43:05
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
23631295       +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2016 07:25:18      Syncb/Discount Tires,
                 PO Box 965036,    Orlando, FL 32896-5036
23631296       +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2016 07:25:18      Syncb/Lenscrafters,
                 PO Box 965036,    Orlando, FL 32896-5036
23631297       +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2016 07:25:18      Syncb/PLCC,    PO Box 965036,
                 Orlando, FL 32896-5036
                                                                                              TOTAL: 13
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
23849773*         IRS,    Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: vgossett              Page 2 of 2                  Date Rcvd: Mar 11, 2016
                              Form ID: pdf006             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2016 at the address(es) listed below:
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Daniel A Springer    on behalf of Debtor 1 William Kelly Swick spr03001@gmail.com,
           ecfspringerlaw@gmail.com
          Daniel A Springer    on behalf of Debtor 2 Rebecca Lynn Swick spr03001@gmail.com,
           ecfspringerlaw@gmail.com
          Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Ross W Bartolotta    on behalf of Creditor   NISSAN-INFINITI LT rbartolo@smbtrials.com
                                                                                             TOTAL: 7
```