# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: SWICK, WILLIAM KELLY § | Case No. 15-82149 |
| SWICK, REBECCA LYNN § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $211,620.36        Assets Exempt: $83,165.36
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,725.96        Claims Discharged
                                                  Without Payment: $120,071.03

Total Expenses of Administration: $2,274.04

---

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $202,615.50 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,274.04 | 2,274.04 | 2,274.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 495.30 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 122,003.33 | 42,802.99 | 42,790.70 | 2,725.96 |
| **TOTAL DISBURSEMENTS** | $324,618.83 | $45,572.33 | $45,064.74 | $5,000.00 |

4) This case was originally filed under Chapter 7 on August 24, 2015. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2016           By: /s/JOSEPH D. OLSEN
                                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidable Transfer | 1241-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ally Financial | 4110-000 | 20,878.50 | N/A | N/A | 0.00 |
| NOTFILED | Nationstar Mortgage | 4110-000 | 181,737.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$202,615.50** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 62.79 | 62.79 | 62.79 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 921.25 | 921.25 | 921.25 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $2,274.04 | $2,274.04 | $2,274.04 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Department of the Treasury | 5800-000 | N/A | 495.30 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $495.30 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 59.00 | 46.93 | 46.93 | 3.00 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 195.00 | 148.71 | 148.71 | 9.47 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | 1,605.00 | 2,199.04 | 2,199.04 | 140.09 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | 227.00 | 213.01 | 213.01 | 13.57 |
| 5U | Department of the Treasury | 7100-000 | N/A | 12.29 | 0.00 | 0.00 |
| 6 | COMENITY CAPITAL BANK/PAYPAL CREDIT | 7100-000 | 5,103.29 | 5,378.84 | 5,378.84 | 342.66 |
| 7 | COMENITY CAPITAL BANK/PAYPAL CREDIT | 7100-000 | 417.75 | 424.67 | 424.67 | 27.05 |
| 8 | Capital One, N.A. | 7100-000 | N/A | 39.60 | 39.60 | 2.52 |
| 9 | Citibank, N.A. | 7100-000 | 8,305.00 | 8,979.18 | 8,979.18 | 572.01 |
| 10 | Citibank, N.A. | 7100-000 | 3,840.00 | 5,066.14 | 5,066.14 | 322.74 |
| 11 | WORLD'S FOREMOST BANK | 7100-000 | 2,996.00 | 4,290.65 | 4,290.65 | 273.33 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Capital Recovery V, LLC | 7100-000 | 359.00 | 389.03 | 389.03 | 24.78 |
| 13 | Capital Recovery V, LLC | 7100-000 | 769.00 | 936.41 | 936.41 | 59.65 |
| 14 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,712.00 | 1,648.79 | 1,648.79 | 105.04 |
| 15 | Citibank, N.A. | 7100-000 | 1,416.00 | 1,495.37 | 1,495.37 | 95.26 |
| 16 | Portfolio Recovery Associates, LLC | 7100-000 | 14,993.00 | 11,534.33 | 11,534.33 | 734.79 |
| NOTFILED | Chase Bank USA | 7100-000 | 417.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 965.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA | 7100-000 | 2,664.00 | N/A | N/A | 0.00 |
| NOTFILED | BBY/CBNA | 7100-000 | 4,558.00 | N/A | N/A | 0.00 |
| NOTFILED | Convergent Healthcare Recoveries | 7100-000 | 234.00 | N/A | N/A | 0.00 |
| NOTFILED | MACYS | 7100-000 | 201.00 | N/A | N/A | 0.00 |
| NOTFILED | Federal Loan Servicing Credit | 7100-000 | 28,252.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CBNA | 7100-000 | 8,540.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/Discount Tires | 7100-000 | 266.00 | N/A | N/A | 0.00 |
| NOTFILED | Nissan Motor Acceptance Corp. | 7100-000 | 31,126.29 | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom FSB | 7100-000 | 2,453.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 51.00 | N/A | N/A | 0.00 |
| NOTFILED | Miramed Medical Group | 7100-000 | 279.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $122,003.33 | $42,802.99 | $42,790.70 | $2,725.96 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-82149
**Case Name:** SWICK, WILLIAM KELLY
SWICK, REBECCA LYNN
**Period Ending:** 06/13/16

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 08/24/15 (f)
**§341(a) Meeting Date:** 10/01/15
**Claims Bar Date:** 01/19/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Home at 1208 Otter Creek Drive, Durand, IL 61024 | 144,830.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account with Durand State Bank, Durand | 70.00 | 0.00 | | 0.00 | FA |
| 4 | Savings Account with Durand State Bank, Durand I | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account with BMO Harris Bank, Pecatonic | 5.00 | 0.00 | | 0.00 | FA |
| 6 | 2 Ipads, Computer, Household Furniture, Audio Vi | 2,900.00 | 0.00 | | 0.00 | FA |
| 7 | Books | 5.00 | 0.00 | | 0.00 | FA |
| 8 | Artwork | 10.00 | 0.00 | | 0.00 | FA |
| 9 | Used Clothing | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding Rings | 600.00 | 0.00 | | 0.00 | FA |
| 11 | Photographic Equipment | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | Durand State Bank 401K Profit Sharing Plan | 43,605.36 | 0.00 | | 0.00 | FA |
| 13 | 2013 Subaru XV Crosstek with 65,000 miles in goo | 16,425.00 | 0.00 | | 0.00 | FA |
| 14 | 2001 Mazda Tribute with over 150,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 15 | Avoidable Transfer  (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 15 | **Assets** Totals (Excluding unknown values) | **$211,620.36** | **$5,000.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has administered fradulent conveyance and recovered same.  Waiting for the proof of claim period to expire on 1/19/216 and will file the final report thereafter.

**Initial Projected Date Of Final Report (TFR):**     March 31, 2016          **Current Projected Date Of Final Report (TFR):**     March 31, 2016

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-82149  
**Case Name:** SWICK, WILLIAM KELLY  
            SWICK, REBECCA LYNN  
**Taxpayer ID #:** \*\*-\*\*\*2010  
**Period Ending:** 06/13/16

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*2866 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/23/15 | {15} | Durand State Bank | Cashiers Check re: Compromise Fraud conveyance | 1241-000 | 5,000.00 | | 5,000.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,960.00 |
| 04/06/16 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $62.79, Trustee Expenses;  Reference: | 2200-000 | | 62.79 | 4,897.21 |
| 04/06/16 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $921.25, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 921.25 | 3,975.96 |
| 04/06/16 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 1,250.00 | 2,725.96 |
| 04/06/16 | 104 | Citibank, N.A. | Dividend paid  5.21% on $8,979.18; Claim# 9; Filed: $8,979.18; Reference: | 7100-000 | | 467.94 | 2,258.02 |
| 04/06/16 | 105 | WORLD'S FOREMOST BANK | Dividend paid  5.21% on $4,290.65; Claim# 11; Filed: $4,290.65; Reference: | 7100-000 | | 223.60 | 2,034.42 |
| 04/06/16 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid  5.21% on $1,648.79; Claim# 14; Filed: $1,648.79; Reference: | 7100-000 | | 85.93 | 1,948.49 |
| 04/06/16 | 107 | Portfolio Recovery Associates, LLC | Dividend paid  5.21% on $11,534.33; Claim# 16; Filed: $11,534.33; Reference: | 7100-000 | | 601.10 | 1,347.39 |
| 04/06/16 | 108 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 2.06 | 1,345.33 |
| 04/06/16 | 109 | Capital Recovery V, LLC | Combined Check for Claims#12,13 | | | 69.07 | 1,276.26 |
| | | | Dividend paid  5.21% on $389.03;  Claim# 12; Filed: $389.03 | 7100-000 | 20.27 | | 1,276.26 |
| | | | Dividend paid  5.21% on $936.41;  Claim# 13; Filed: $936.41 | 7100-000 | 48.80 | | 1,276.26 |
| 04/06/16 | 110 | Citibank, N.A. | Combined Check for Claims#10,15 | | | 341.95 | 934.31 |
| | | | Dividend paid  5.21% on $5,066.14;  Claim# 10; Filed: $5,066.14 | 7100-000 | 264.02 | | 934.31 |
| | | | Dividend paid  5.21% on $1,495.37;  Claim# 15; Filed: $1,495.37 | 7100-000 | 77.93 | | 934.31 |
| 04/06/16 | 111 | COMENITY CAPITAL BANK/PAYPAL CREDIT | Combined Check for Claims#6,7 | | | 302.44 | 631.87 |
| | | | Dividend paid  5.21% on | 7100-000 | 280.31 | | 631.87 |

Subtotals :  $5,000.00    $4,368.13

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-82149  
**Case Name:** SWICK, WILLIAM KELLY  
                 SWICK, REBECCA LYNN  
**Taxpayer ID #:** **-***2010  
**Period Ending:** 06/13/16

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2866 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $5,378.84;  Claim# 6;<br>Filed: $5,378.84 | | | | |
| | | | Dividend paid  5.21% on  22.13<br>$424.67;  Claim# 7;<br>Filed: $424.67 | 7100-000 | | | 631.87 |
| 04/06/16 | 112 | Department of the Treasury | Combined Check for Claims#5U,5P<br>Voided on 04/25/16 | 5800-003 | | 495.94 | 135.93 |
| 04/06/16 | 113 | Quantum3 Group LLC as agent for | Combined Check for Claims#1,2,3,4 | | | 135.93 | 0.00 |
| | | | Dividend paid  5.21% on  2.46<br>$46.93;  Claim# 1; Filed:<br>$46.93 | 7100-000 | | | 0.00 |
| | | | Dividend paid  5.21% on  7.76<br>$148.71;  Claim# 2;<br>Filed: $148.71 | 7100-000 | | | 0.00 |
| | | | Dividend paid  5.21% on  114.61<br>$2,199.04;  Claim# 3;<br>Filed: $2,199.04 | 7100-000 | | | 0.00 |
| | | | Dividend paid  5.21% on  11.10<br>$213.01;  Claim# 4;<br>Filed: $213.01 | 7100-000 | | | 0.00 |
| 04/25/16 | 112 | Department of the Treasury | Combined Check for Claims#5U,5P<br>Voided: check issued on 04/06/16 | 5800-003 | | -495.94 | 495.94 |
| 05/10/16 | 114 | Citibank, N.A. | Dividend paid  6.37% on $8,979.18;  Claim# 9;<br>Filed: $8,979.18; Reference: | 7100-000 | | 104.07 | 391.87 |
| 05/10/16 | 115 | WORLD'S FOREMOST BANK | Dividend paid  6.37% on $4,290.65;  Claim# 11; Filed: $4,290.65; Reference: | 7100-000 | | 49.73 | 342.14 |
| 05/10/16 | 116 | PYOD, LLC its successors and assigns as assignee | Dividend paid  6.37% on $1,648.79;  Claim# 14; Filed: $1,648.79; Reference: | 7100-000 | | 19.11 | 323.03 |
| 05/10/16 | 117 | Portfolio Recovery Associates, LLC | Dividend paid  6.37% on $11,534.33;  Claim# 16; Filed: $11,534.33; Reference: | 7100-000 | | 133.69 | 189.34 |
| 05/10/16 | 118 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 0.46 | 188.88 |
| 05/10/16 | 119 | Capital Recovery V, LLC | Combined Check for Claims#12,13 | | | 15.36 | 173.52 |
| | | | Dividend paid  6.37% on  4.51<br>$389.03;  Claim# 12;<br>Filed: $389.03 | 7100-000 | | | 173.52 |
| | | | Dividend paid  6.37% on  10.85<br>$936.41;  Claim# 13;<br>Filed: $936.41 | 7100-000 | | | 173.52 |
| 05/10/16 | 120 | Citibank, N.A. | Combined Check for Claims#10,15 | | | 76.05 | 97.47 |

Subtotals :  $0.00  $534.40

{} Asset reference(s)                                                                                              Printed: 06/13/2016 09:30 AM     V.13.28

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-82149 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** SWICK, WILLIAM KELLY | **Bank Name:** Rabobank, N.A. |
| SWICK, REBECCA LYNN | **Account:** ******2866 - Checking Account |
| **Taxpayer ID #:** **-***2010 | **Blanket Bond:** $1,500,000.00  (per case limit) |
| **Period Ending:** 06/13/16 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid  6.37% on  58.72 $5,066.14;  Claim# 10; Filed: $5,066.14 | 7100-000 | | | 97.47 |
| | | | Dividend paid  6.37% on  17.33 $1,495.37;  Claim# 15; Filed: $1,495.37 | 7100-000 | | | 97.47 |
| 05/10/16 | 121 | COMENITY CAPITAL BANK/PAYPAL CREDIT | Combined Check for Claims#6,7 | | | 67.27 | 30.20 |
| | | | Dividend paid  6.37% on  62.35 $5,378.84;  Claim# 6; Filed: $5,378.84 | 7100-000 | | | 30.20 |
| | | | Dividend paid  6.37% on  4.92 $424.67;  Claim# 7; Filed: $424.67 | 7100-000 | | | 30.20 |
| 05/10/16 | 122 | Quantum3 Group LLC as agent for | Combined Check for Claims#1,2,3,4 | | | 30.20 | 0.00 |
| | | | Dividend paid  6.37% on  0.54 $46.93;  Claim# 1; Filed: $46.93 | 7100-000 | | | 0.00 |
| | | | Dividend paid  6.37% on  1.71 $148.71;  Claim# 2; Filed: $148.71 | 7100-000 | | | 0.00 |
| | | | Dividend paid  6.37% on  25.48 $2,199.04;  Claim# 3; Filed: $2,199.04 | 7100-000 | | | 0.00 |
| | | | Dividend paid  6.37% on  2.47 $213.01;  Claim# 4; Filed: $213.01 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$5,000.00** | |

{} Asset reference(s)

Printed: 06/13/2016 09:30 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 15-82149 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | SWICK, WILLIAM KELLY | | Bank Name: | Rabobank, N.A. |
| | SWICK, REBECCA LYNN | | Account: | ******2866 - Checking Account |
| Taxpayer ID #: | **-***2010 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 06/13/16 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts :        5,000.00 | | | | | |
| | | Net Estate :         $5,000.00 | | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking # ******2866 | | 5,000.00 | 5,000.00 | 0.00 |
| | | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)

Printed: 06/13/2016 09:30 AM    V.13.28